A. LOUIS NAST, Respondent, v. DETROIT NATIONAL FIRE INSURANCE COMPANY OF DETROIT, MICHIGAN, Appellant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. HYLAN, as Mayor of the City of New York, and Others, Appellants, v. THOMAS E. FINEGAN, as Acting Commissioner of Education of the State of New York, Respondent.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAQUETTE FALLS LAND COMPANY, Appellant. (Warren County Action.) — Motion denied.

FORTUNATO QUATTRONE, Appellant, v. WALKER D. HINES, as Director General of Railroads, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

ISDORA SKINNER, Suing for Herself as Stockholder, and All Other Stockholders of THE SUTTON & SUDERLEY BRICK COMPANY, in Like Situation, Who Choose to Make Themselves Parties to This Action, Appellant, v. CONRAD F. SUDERLEY and Others, Respondents.— Judgment unanimously affirmed, with costs.

WALSH CONSTRUCTION COMPANY, Claimant, Appellant, v. STATE OF NEW YORK, Respondent.— Motion denied.